UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: **November 2, 2007**

Case No. **C-07-03949-RMW**         JUDGE: **Ronald M. Whyte**

**JOSEPH RADIN**                               -v- **DAVID N. STILL, et al.**
Title

**No Appearance**                              **S.A. - I. Deiss**
Attorneys Present                              Attorneys Present

COURT CLERK: **Jackie Garcia**         COURT REPORTER: **Not Reported**

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

**Hearing Not Held. No appearance from plaintiff. Government counsel made a special appearance and advised the Court that they have not served. The Court to issue an order to show cause for failure to prosecute case.**