IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSEPH RADIN,

    Plaintiff,

v.

DAVID N. STILL, et al.,

    Defendants.

***E-FILED - 11/5/07***

CASE NO.: C-07-03949-RMW

ORDER TO SHOW CAUSE RE DISMISSAL

This matter came on regularly for a case management conference on November 2, 2007. Plaintiff failed to appear. Therefore,

IT IS HEREBY ORDERED that plaintiff appear on **November 30, 2007 at 9:00 a.m.** in courtroom 6 of this court and show cause WHY THIS CASE SHOULD NOT BE DISMISSED for failure to appear at the case management conference and for failure to diligently prosecute the case. IF PLAINTIFF FAILS TO SHOW GOOD REASON FOR FAILURE TO APPEAR OR DILIGENTLY PROSECUTE, THE CASE WILL BE DISMISSED.

DATED: **11/5/07**

                                                                                       RONALD M. WHYTE
                                                                                       United States District Judge

1
2  Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28