UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: November 30, 2007

Case No. C-07-03949-RMW        JUDGE: Ronald M. Whyte

JOSEPH RADIN                                         -v- DAVID N. STILL, et al.
Title

D. Koiman via Telphone                    No Appearance
Attorneys Present                          Attorneys Present

COURT CLERK: Jackie Garcia         COURT REPORTER: Irene Rodriguez

PROCEEDINGS

ORDER TO SHOW CAUSE RE: DISMISSAL

**ORDER AFTER HEARING**

Hearing Held.  Counsel advised the Court that due to an office error, the defendants have not been served.

The Court took this matter under submission and will send out an order.