**E-FILED on** 9/27/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH RADIN,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID N. STILL, et al.,<br><br>    Defendants. | No. C-07-03949 RMW<br><br>ORDER DISMISSING FOR FAILURE TO PROSECUTE<br><br>**[Re Docket No. 5]** |

The court issued an Order to Show Cause on November 5, 2007. As of the November 30, 2007 hearing, plaintiff had not served the defendants. The court notes that the case has not been prosecuted since the hearing. Accordingly, the case is dismissed for failure to diligently prosecute.

DATED: 9/27/2010

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING FOR FAILURE TO PROSECUTE — No. C-07-03949 RMW
JLR