1

2                                                          **E-filed on:      9/27/2010**

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                    SAN JOSE DIVISION

10

11   JOSEPH RADIN,                           No. C-07-03949 RMW

              Plaintiff,                      JUDGMENT

12

13        v.

     DAVID N. STILL, et al.

14

              Defendants.

15

16

17        On September 27, 2010, the court dismissed this action.  Therefore, it is hereby adjudged that

     plaintiff take nothing by way of his complaint and that judgment be entered in favor of all

18

     defendants.

19

20

     DATED:        9/27/2010                        _Ronald M Whyte_

21                                                  RONALD M. WHYTE

22                                                  United States District Judge

23

24

25

26

27

28

JUDGMENT
No. C-07-03949 RMW
JLR

**United States District Court**
For the Northern District of California